1  Patrick J. Kearns, Esq. (SBN 241602)
   patrick.kearns@wilsonelser.com
2  Wesley A. Wong, Esq. (SBN 314652)
   wesley.wong@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
4  **EDELMAN & DICKER LLP**
   401 West A Street, Suite 1900
5  San Diego, California 92101
   Telephone:  (619) 321-6200
6  Facsimile:   (619) 321-6201

7

8  Attorneys for Defendant, FRONTIER AIRLINES, INC.

9

10           **IN THE UNITED STATES DISTRICT COURT**

11           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12 | FELIKS OBERTMAN, on behalf of himself and all others situated | Case No.: 2:20-cv-00820-KJM-CKD |
13 | | **[PROPOSED] ORDER GRANTING REQUEST FOR APPROVAL AND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT** |
   | Plaintiff, | |
14 | v. | |
15 | FRONTIER AIRLINES INC., | |
16 | Defendant. | Hon. Kimberly J. Mueller |
17 | | Hon. Carolyn K. Delaney |
18 | | |
19 | | Complaint Filed: April 21, 2020 |
   | | Trial Date: Not yet set |

20

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

**[PROPOSED] ORDER GRANTING REQUEST FOR APPROVAL AND STIPULATION FOR AN
EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**
3:20-cv-00780-WQH-BLM

**ORDER**

Good cause appears pursuant to the stipulation of the parties seeking an order to extend the time for Defendant Frontier Airlines, Inc. ("Defendant") to respond to the Class Action Complaint filed by Plaintiff Feliks Obertman, on behalf of himself and all others situated ("Plaintiffs").

IT IS HEREBY ORDERED that Defendant's deadline to respond to Plaintiffs' Class Action Complaint is extended from May 13, 2020, to June 10, 2020.

**IT IS SO ORDERED.**

Dated: _____

Hon. Kimberly J. Mueller
United States District Court Judge