1 | Patrick J. Kearns, Esq. (SBN 241602)
2 | patrick.kearns@wilsonelser.com
  | Wesley A. Wong, Esq. (SBN 314652)
3 | wesley.wong@wilsonelser.com
  | **WILSON, ELSER, MOSKOWITZ,**
4 | **EDELMAN & DICKER LLP**
  | 401 West A Street, Suite 1900
5 | San Diego, California 92101
  | Telephone:  (619) 321-6200
6 | Facsimile:     (619) 321-6201
7 |
8 | Attorneys for Defendant, FRONTIER AIRLINES, INC.
9 |
10 | **IN THE UNITED STATES DISTRICT COURT FOR THE**
11 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIKS OBERTMAN, on behalf of himself and all others situated | Case No.: 2:20-cv-00820-KJM-CKD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Hon. Kimberly J. Mueller |
|  | Hon. Carolyn K. Delaney |
| FRONTIER AIRLINES INC., |  |
| Defendant. | Complaint Filed: April 21, 2020 |
|  | Trial Date: Not yet set |

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

On May 11, 2020, I caused to be served the following document(s):

**1.   REQUEST FOR APPROVAL AND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**

**2.   [PROPOSED] ORDER GRANTING REQUEST FOR APPROVAL AND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**

/ / /

| | |
|---|---|
| 1 | **BY ELECTRONIC TRANSMISSION VIA ECF** – I electronically filed the |
| 2 | foregoing document(s) with the Clerk of the Court through the CM/ECF system for |
| 3 | the United States District Court, Southern District of California, which sent |
| 4 | Notification of Electronic Filing to the persons listed.  Upon completion of |
| 5 | transmission of said documents, a certified receipt is issued to the filing party |
| 6 | acknowledging receipt by the CM/ECF system. |
| 7 | I declare under penalty of perjury under the laws of the State of California, that |
| 8 | the above is true and correct.  Executed on May 11, 2020, at San Diego, California. |
| 9 | |
| 10 | *Katelyn Kingsley*<br>Katelyn Kingsley |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2
**CERTIFICATE OF SERVICE**

2:20-cv-00820-KJM-CKD

## SERVICE LIST

| | |
|---|---|
| Hassan A. Zavareei, Esq.<br>Annick Marie Persinger<br>TYCKO & ZAVAREEI LLP<br>1828 L Street NW, Suite 1000<br>Washington, D.C. 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>Email: hzavareei@tzlegal.com<br>         apersinger@tzlegal.com | **ATTORNEYS FOR PLAINTIFF FELIKS OBERTMAN AND THE PROPOSED CLASS** |
| Daniel L. Warshaw, Esq.<br>PEARSON, SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104 | **ATTORNEYS FOR PLAINTIFF FELIKS OBERTMAN AND THE PROPOSED CLASS** |