CIVIL,CLOSED,TRANSFERRED

# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:20–cv–00820–KJM–CKD

| | |
|---|---|
| Obertman v. Frontier Airlines Inc. | Date Filed: 04/21/2020 |
| Assigned to: Chief District Judge Kimberly J. Mueller | Date Terminated: 06/10/2020 |
| Referred to: Magistrate Judge Carolyn K. Delaney | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity–Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**Feliks Obertman**     represented by     **Annick Marie Persinger**
Tycko & Zavareei
1970 Broadway
Suite 1070
Oakland, CA 94612
510–254–6808
Email: apersinger@tzlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L. Warshaw**
Pearson, Simon, Warshaw & Penny, LLP
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91311
818–788–8300
Fax: 818–788–8104
Email: dwarshaw@pswlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hassan A. Zavareei**
Tycko And Zavareei LLP
1828 L Steet NW
Suite 1000
Washington, DC 20036
510–254–6808
Email: hzavareei@tzlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Frontier Airlines Inc.**     represented by     **David Ross , PHV**
Wilson Elser Moskowitz Edelman & Dicker, LLP
1500 K St NW
Suite 330
Washington D.C., DC 20005
202–626–7660

Fax: 202−628−3606
Email: david.ross@wilsonelser.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Kearns**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
401 West A Street
Suite 1900
San Diego, CA 92101
619−321−6200
Fax: 619−321−6201
Email: patrick.kearns@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Katt , PHV**
Wilson Elser Moskowitz Edelman & Dicker, LLP
740 N. Plankinton Ave.
Suite 600
Milwaukee, WI 53203
414−276−8816
Fax: 414−276−8819
Email: william.katt@wilsonelser.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2020 | Ï 1 | COMPLAINT against Frontier Airlines Inc. by Feliks Obertman. Attorney Zavareei, Hassan A. added. (Filing fee $ 400, receipt number 0972−8855344) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Zavareei, Hassan) (Entered: 04/21/2020) |
| 04/21/2020 | Ï 2 | SUMMONS ISSUED as to *Frontier Airlines Inc. * with answer to complaint due within *21* days. Attorney *Hassan A. Zavareei* *Tycko And Zavareei LLP* *1828 L Steet NW, Suite 1000* *Washington, DC 20036*. (Benson, A.) (Entered: 04/21/2020) |
| 04/21/2020 | Ï 3 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 9/3/2020 at 02:30 PM in Courtroom 3 (KJM) before Chief District Judge Kimberly J. Mueller. (Attachments: # 1 Standing Order, # 2 Consent Form, # 3 VDRP) (Benson, A.) (Entered: 04/21/2020) |
| 04/28/2020 | Ï 4 | SUMMONS RETURNED EXECUTED: Frontier Airlines Inc. served on 4/22/2020. (Zavareei, Hassan) Modified on 4/29/2020 (Mena−Sanchez, L). (Entered: 04/28/2020) |
| 04/29/2020 | Ï 5 | NOTICE of APPEARANCE by Daniel L. Warshaw on behalf of Feliks Obertman. Attorney Warshaw, Daniel L. added. (Warshaw, Daniel) (Entered: 04/29/2020) |
| 04/29/2020 | Ï 6 | NOTICE of APPEARANCE by Annick Marie Persinger on behalf of Feliks Obertman. Attorney Persinger, Annick Marie added. (Persinger, Annick) (Entered: 04/29/2020) |
| 05/11/2020 | Ï 7 | |

|  |  |  |
|---|---|---|
|  |  | STIPULATION and PROPOSED ORDER for Extension of Time to File Response to 1 Complaint by Frontier Airlines Inc. Attorney Kearns, Patrick Joseph added. (Attachments: # 1 Proposed Order, # 2 Proof of Service) (Kearns, Patrick) Modified on 5/11/2020 (York, M). (Entered: 05/11/2020) |
| 05/12/2020 | 8 | MINUTE ORDER issued by Relief Courtroom Deputy G. Michel for Chief District Judge Kimberly J. Mueller on 5/12/2020 GRANTING the parties' Stipulation for Extension of Time, ECF No. 7 . Accordingly, the defendant is DIRECTED to respond to the plaintiff's Complaint by 6/10/2020. (Text Only Entry) (Michel, G.) (Entered: 05/12/2020) |
| 05/20/2020 | 9 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Frontier Airlines Inc. for attorney William J. Katt to appear Pro Hac Vice. (Filing fee $ 225, receipt number 0972−8900110) (Kearns, Patrick) (Entered: 05/20/2020) |
| 05/20/2020 | 10 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Frontier Airlines Inc. for attorney David Ross to appear Pro Hac Vice. (Filing fee $ 225, receipt number 0972−8900372) (Kearns, Patrick) (Entered: 05/20/2020) |
| 06/04/2020 | 11 | PRO HAC VICE ORDER signed by Chief District Judge Kimberly J. Mueller on 6/3/2020. Added attorney David Ross, PHV for Frontier Airlines Inc. (Coll, A) (Entered: 06/04/2020) |
| 06/04/2020 | 12 | PRO HAC VICE ORDER signed by Chief District Judge Kimberly J. Mueller on 6/3/2020. Added attorney William J. Katt, PHV for Frontier Airlines Inc. (Coll, A) (Entered: 06/04/2020) |
| 06/04/2020 | 13 | STIPULATION and PROPOSED ORDER for Transfer of Venue to the United States District Court for the District of Colorado by Frontier Airlines Inc.. (Attachments: # 1 Proposed Order, # 2 Proof of Service via CM/ECF)(Kearns, Patrick) (Entered: 06/04/2020) |
| 06/10/2020 | 14 | ORDER signed by Chief District Judge Kimberly J. Mueller on 6/9/2020 TRANSFERRING this case to District of Colorado. Defendant's time to respond to Plaintiff's Complaint is STAYED until seven days after this action is entered on the docket of the District of Colorado. CASE CLOSED. (Zignago, K.) (Entered: 06/10/2020) |