**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-01689-STV

FELIKS OBERTMAN, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Pursuant to D.C.COLO.LAttyR 5(a), William J. Katt, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, 740 N. Plankinton Ave., Suite 600, Milwaukee, WI 53203, telephone number (414) 276-8816, facsimile number (414) 276-8819, email William.katt@wilsonelser.com, hereby certifies that he is a member in good standing of the bar of this Court, and enters his appearance as counsel of record for Defendant Frontier Airlines, Inc.

DATED this 26th day of June, 2020.

                         Respectfully submitted,

                         By:  */s/ William J. Katt*
                         William J. Katt, Esq.
                         740 N. Plankinton Avenue, Suite 600
                         Milwaukee, WI 53203
                         (414) 276-8816
                         (414) 276-8819 (fax)

william.katt@wilsonelser.com

Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com
*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2020, a true and correct copy was filed via ECF and served to all counsel of record.

/s/ William J. Katt
William J. Katt, Esq.