**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-01689-STV

FELIKS OBERTMAN, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Pursuant to D.C.COLO.LAttyR 5(a), Patrick J. Kearns, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, 401 West A Street, Suite 1900, San Diego, CA 92101, telephone number (619) 321-6200, facsimile number (619) 321-6201, email Patrick.kearns@wilsonelser.com, hereby certified that he is a member in good standing of this bar of this Court, and enters her appearance as counsel of record for Defendant Frontier Airlines, Inc.

DATED this 26th day of June, 2020.

                                Respectfully submitted,

                                By:  */s/ Patrick J. Kearns*
                                Patrick J. Kearns, Esq.
                                401 West A Street Suite 1900
                                San Diego, CA 92101
                                (619) 321-6200
                                (619) 321-6201 (fax)
                                patrick.kearns@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com
*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2020, a true and correct copy was filed via ECF and served to all counsel of record.

*/s/ Patrick J. Kearns*
Patrick J. Kearns, Esq.