**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF COLORADO**

Civil Action No.: 1:20-cv-01689-STV

FELIKS OBERTMAN,
on behalf of Plaintiff and all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES,

    Defendant.

**NOTICE OF FILING OF UNOPPOSED SECOND AMENDED**
**MOTION TO CONSOLIDATE**

PLEASE TAKE NOTICE that on the 1st day of July, 2020, the undersigned filed an Unopposed Second Amended Motion to Consolidate in *Young v. Frontier Airlines, Inc.*, Case No. 1:20-cv-01153-PAB-KLM for:

- *Young v. Frontier Airlines, Inc.*, 1:20-cv-01153-PAB-KLM;

- *Sweet v. Frontier Airlines, Inc.* Case No. 1:20-cv-01340-RM-NRN;

- *Rivera-De Leon v. Frontier Airlines, Inc.*, Case No. 1:20-cv-01518-NRN;

- *Obertman v. Frontier Airlines, Inc.* Case No. 1:20-cv-01689-STV;

- *Johnson v. Frontier Airlines, Inc.* Case No. 1:20-cv-01751-MEH; and

- *Bess v. Frontier Airlines, Inc.*, No. 1:20-cv-01837-SKC.

1102528v.1

*See* **Exhibit 1.** Any future pleadings or correspondence concerning the aforementioned requested consolidation should refer to *Young v. Frontier Airlines, Inc.*, case number 1:20-cv-01153-PAB-KLM.

DATED this 1st day of July, 2020.             Respectfully submitted,

By: */s/ Jason D. Melichar*
Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Patrick J. Kearns, Esq.
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

David M. Ross, Esq.
1500 K Street, NW, Suite 330
Washington, D.C. 20005
(202) 626-7660
(202) 628-3606 (fax)
david.ross@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 1st day of July, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

  Tina Wolfson, Esq.
  Ahdoot & Wolfson, PC
  10728 Lindbrood Drive
  Los Angeles, CA 90024
  Telephone: (310) 474-9111
  Facsimile: (310) 474-8585
  twolfson@ahdootwolfson.com
  *Attorneys for Plaintiffs*

              */s/ Jason D. Melichar*
              Jason D. Melichar, Esq.

1102528v.1