# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01689-STV

FELIKS OBERTMAN, on behalf of himself
and all others similarly situated,

    Plaintiff(s),

v.

FRONTIER AIRLINES, INC.

    Defendant(s).

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Feliks Obertman.

DATED at Sherman Oaks, California this 9th day of July, 2020.

    Daniel L. Warshaw
    PEARSON, SIMON & WARSHAW, LLP
    15165 Ventura Boulevard, Suite 400
    Sherman Oaks, CA 91403
    Telephone: (818) 788-8300
    Facsimile: (818) 788-8104
    E-Mail: dwarshaw@pswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Daniel L. Warshaw

935705.1

2